IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

TRANSFER OF STRUCTURED SETTLEMENT
PAYMENT RIGHTS BY KEVIN DULANEY

Case No. A-10-CA-976-SS

FILED
2011 JAN 14 PM 4: 12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY

## ORDER

BE IT REMEMBERED on this day the Court was advised by its District Clerk that personnel have advised counsel for petitioner Woodbridge Structured Funding, LLC on two separate occasions that all sensitive information contained in the pleadings in this case, such as the names of minors and Social Security numbers, should be redacted as required by this District's standing order, Amended Privacy Policy and Public Access to Electronic Files. Notwithstanding these two admonitions, there has been no change in the pleadings nor any amended application in redacted form has been filed.

IT IS THEREFORE ORDERED that the Application for Approval of Transfer of Structured Settlement Payment Rights filed December 23, 2010, be SEALED.

IT IS FURTHER ORDERED that counsel for petitioner Woodbridge Structured Funding, LLC file an amended application complying with the federal law and local rules and redact the identity of minors, Social Security numbers, and any other sensitive information within fourteen (14) days of this date or this case will be dismissed and sanctions shall issue.

SIGNED this the 14th day of January 2011.

_____
UNITED STATES DISTRICT JUDGE